# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

TITAN OF LOUISIANA, INC.

VERSUS

STATE OF LOUISIANA, DIVISION
OF ADMINISTRATION, OFFICE OF
COMMUNITY DEVELOPMENT, AND
SHAW ENVIRONMENTAL &
INFRASTRUCTURE, INC.

NO.   2021 CW 0021

MARCH 02, 2021

---

In Re:   Aptim   Government   Solutions,   LLC   f/k/a   Shaw
Environmental & Infrastructure, LLC, applying for
supervisory writs, 19th Judicial District Court,
Parish of East Baton Rouge, No. 620966.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT GRANTED WITH ORDER.** The trial court's December 9, 2020
judgment that denied the motion for summary judgment filed by
the defendant, Aptim Government Solutions, LLC f/k/a Shaw
Environmental & Infrastructure, LLC, is vacated. The defendant
raised objections to the evidence submitted by the plaintiff,
Titan of Louisiana, Inc. However, the trial court failed to rule
on the admissibility of such evidence with regard to the
affidavit of Thomas Gozdzialski. La. Code Civ. P. art. 966(D)(2)
provides that the court shall specifically state on the record
or in writing which documents, if any, it held to be
inadmissible or declined to consider. This matter is remanded
to the trial court for compliance with La. Code Civ. P. art.
966(D)(2), and a ruling on the motion for summary judgment filed
by the defendant after determination of any evidentiary issues,
pursuant to La. Code Civ. P. art. 966(C)(b)(4).

> **JMG**
> **PMc**
> **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT